IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASHLEY BUCKLEY | § | 5:22-CV-1093 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | |
| SHAR SAY AND US FREIGHTLINE, INC. | § | |
| d/b/a DELFAST TRANSPORT | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant US Freightline, Inc. d/b/a Delfast Transport ("US Freightline") files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and respectfully shows the Court the following:

*Procedural Background*

1. On August 30, 2021, Plaintiff filed Plaintiff's Original Petition in the matter styled *Ashley Buckley vs. Shar Say and US Freightline, Inc. d/b/a Delfast Transport,* Cause No. 2021CI18007, in the 166th Judicial District Court, Bexar County, Texas. Through undersigned counsel, US Freightline accepted service of process on September 9, 2022. Defendant US Freightline now files this Notice of Removal within the thirty-day time period required by 28 U.S.C. §1446(b).

2. Plaintiff's Original Petition arises out of a motor vehicle accident which occurred on or about August 19, 2021 on IH-35 in San Antonio, Texas.

3. Attached hereto as Exhibit "A" is the Index of Matters Being Filed. A copy of the Bexar County Clerk's file for this case is attached as Exhibit "B", which includes true and correct

copies of all executed process, pleadings and orders. Attached hereto as Exhibit "C" is the Designation of Counsel.

*Basis for Removal*

4. Removal is proper under 28 U.S.C. §1332(a)(1) in that there is complete diversity of citizenship.

5. Plaintiff is, and was at the time the lawsuit was filed, a resident of Texas. *See* Plaintiffs' Original Petition at ¶ 2.1.

6. As stated in Plaintiff's Original Petition, Defendant Shar Say is a resident of North Carolina. See *Plaintiff's Original Petition* at ¶ 2.2.

7. As stated in Plaintiff's Original Petition, Defendant US Freightline is an Ohio Corporation with its principal place of business in Ohio. See *Plaintiff's Original Petition* at ¶ 2.3. For the purposes of diversity, a corporation is a citizen of both the state where it is incorporated and the state where it has its principal place of business. See 28 U.S.C. § 1332(c)(1). As such, US Freightline is a citizen of Ohio.

7. The amount alleged to be in controversy exceeds $75,000. Indeed, Plaintiff states in her Original Petition that she "seeks monetary relief of over $200,000.00". See *Plaintiff's Original Petition*, at ¶ 3.2.

*The Removal is Procedurally Correct*

8. US Freightline was served with Plaintiff's Original Petition, through undersigned counsel, on September 9, 2022. As such, the 30-day time period required by 28 U.S.C. §1446(b) for the filing of a Notice of Removal has not yet expired.

9. Venue is proper in this district under 28 U.S.C. §1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to the Plaintiff's claim allegedly occurred in this district.

10. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

11. Pursuant to 28 U.S.C. §1446(d), promptly after US Freightline files this Notice, written notice of the filing will be given to Plaintiff, the adverse party.

12. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of Bexar County, promptly after US Freightline files this Notice.

Respectfully submitted,

**McCOY LEAVITT LASKEY LLC**
20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258
(210) 446-2828
(262) 522-7020 (FAX)

BY: _____
DAVID A. DuBOIS
State Bar No. 24098871
Email: ddubois@mlllaw.com
E-Service: e-servetexas@mlllaw.com

**ATTORNEY FOR DEFENDANT
US FREIGHTLINE, INC. d/b/a
DELFAST TRANSPORT**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Federal Rules of Civil Procedure on this ___6th___ day of ___October___, 2022, to:

| | |
|---|---|
| Justin A. Hill | Fax No.: 844/404-4445 and/or |
| HILL LAW FIRM | Email: justin@jahlawfirm.com |
| 445 Recoleta Road | |
| San Antonio, Texas 78216 | |
| ***Attorney for Plaintiff*** | |

_____
DAVID A. DuBOIS