IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASHLEY BUCKLEY § | | 5:22-CV-1093 |
| Plaintiff, § | | |
| v. § | | CIVIL ACTION |
| SHAR SAY AND US FREIGHTLINE, INC. § d/b/a DELFAST TRANSPORT § | | |
| Defendant. § | | JURY DEMANDED |

## PLAINTIFF'S NOTICE OF NONSUIT WITH PREJUDICE

NOW COMES **ASHLEY BUCKLEY,** Plaintiff in the above-styled and numbed cause, and makes and files this her Notice of Non-Suit With Prejudice, and as grounds therefore would show the Court that Plaintiff no longer desires to prosecute this case against Defendants **SHAR SAY AND US FREIGHTLINE, INC. D/B/A DELFAST TRANSPORT.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff **ASHLEY BUCKLEY** prays and requests that the Court non-suit this matter, as to Defendants, **SHAR SAY AND US FREIGHTLINE, INC. D/B/A DELFAST TRANSPORT** with prejudice to Plaintiff ever refiling same.

Respectfully submitted,

**HILL LAW FIRM**

Dated: May 30, 2023     By: _____
JUSTIN A. HILL
State Bar No. 24057902
445 Recoleta Road
San Antonio, Texas 78216
Phone: (210) 960-3939
Fax: (844) 404-4455
Email: justin@jahlawfirm.com
service@jahlawfirm.com

ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this __30th__ day of ____May____, 2023, to:

| | |
|---|---|
| David A. DuBois | Fax No. 262/522-7020 |
| McCoy Leavitt Laskey, LLC | Email: ddubois@mlllaw.com |
| 20726 Stone Oak Parkway, Suite 116 |     e-servetexas@mlllaw.com |
| San Antonio, Texas 78258 | |
| Attorney for Defendants | |

JUSTIN A. HILL