# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASHLEY BUCKLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-22-CV-1093-FB |
| | § | |
| SHAR SAY and US FREIGHTLINE, INC. | § | |
| d/b/a DELFAST TRANSPORT | § | |
| | § | |
| Defendants. | § | |

### ***ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT***

Before the Court is Plaintiff's Notice of Nonsuit with Prejudice filed on May 30, 2023 (docket #11). Plaintiff advises the Court that she no longer desires to prosecute her case against Defendants Shar Say and US Freightline, Inc. d/b/a Delfast Transport and asks the Court to non-suit this matter as to Defendants Shar Say and US Freightline, Inc. d/b/a Delfast Transport with prejudice to "Plaintiff ever refiling same."

Rule 41(a)(1)(A)(ii) allows a plaintiff to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Here the record reflects that the proposed Order of Nonsuit with Prejudice is signed by counsel for the Plaintiff and Defendants indicating approval to form and content. Therefore, the Court finds the case should be dismissed with prejudice to refiling of the same as requested and a Final Judgment entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that pursuant to the Plaintiff's Notice of Nonsuit (docket #11) this case is DISMISSED WITH PREJUDICE to ever refiling same pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to pay his, her or its own costs of court. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of May, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE